**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY ECF

Jonathan D. Polkes
+1 212 310 8881
jonathan.polkes@weil.com

October 11, 2022

Hon. Valerie E. Caproni
United States District Court, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

Re: *Collinsville Police Pension Board v. Discovery, Inc., et al.*, 1:22-cv-08171-VEC (S.D.N.Y.)

Dear Judge Caproni:

On behalf of all parties in the above-captioned action and in accordance with Section 2(D) of Your Honor's Individual Practices in Civil Cases, attached please find a jointly submitted Stipulation and [Proposed] Order, subject to the Court's approval, staying Defendants Warner Bros. Discovery, Inc., David Zaslav, and Gunnar Wiedenfels' time to answer or otherwise respond to the *Collinsville* complaint pending the Court's appointment of a lead plaintiff and lead counsel for lead plaintiff.

Respectfully submitted,

Jonathan D. Polkes

cc: All counsel of record (by ECF)