UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLINSVILLE POLICE PENSION BOARD On Behalf of the COLLINSVILLE POLICE PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>DISCOVERY, INC., WARNER BROS. DISCOVERY, INC., DAVID ZASLAV, and GUNNAR WIEDENFELS,<br><br>                Defendants. | Case No. 1:22-cv-08171-VEC<br><br>Hon. Valerie E. Caproni |
| TOME TODOROVSKI and VIOLETA TODOROVSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>DISCOVERY, INC., WARNER BROS. DISCOVERY, INC., DAVID ZASLAV, and GUNNAR WIEDENFELS,<br><br>                Defendants. | Case No. 1:22-cv-09125-VEC<br><br>Hon. Valerie E. Caproni |

## DEFENDANTS' RESPONSE TO THE COURT'S OCTOBER 27, 2022 ORDER TO SHOW CAUSE

Defendants in the above-captioned actions respectfully submit this Response to the Court's Order to Show Cause dated October 27, 2022 [ECF No. 14]. Defendants do not object to the consolidation of *Collinsville Police Pension Board v. Discovery, Inc., et al.*, 1:22-cv-08171-VEC, and *Todorovski, et al. v. Discovery, Inc., et al.*, 1:22-cv-09125-VEC pursuant to Federal Rule of Civil Procedure 42.

| | |
|---|---|
| Dated:  November 3, 2022 | Respectfully submitted, |

*/s/ Jonathan D. Polkes*
WEIL, GOTSHAL & MANGES LLP
Jonathan D. Polkes
Caroline Hickey Zalka
Nicole E. Prunetti
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
nicole.prunetti@weil.com

*Attorneys for Defendants Discovery, Inc.,
Warner Bros Discovery, Inc., David
Zaslav, and Gunnar Wiedenfels*
