UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLINSVILLE POLICE PENSION BOARD INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br> v.<br><br>DISCOVERY, INC., WARNER BROS. DISCOVERY, INC., DAVID ZASLAV, AND GUNNAR WIEDENFELS,<br><br>    Defendants.<br><br>TOME TODOROVSKI AND VIOLETA TODOROVSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br> v.<br><br>DISCOVERY, INC., WARNER BROS. DISCOVERY, INC., DAVID ZASLAV, AND GUNNAR WIEDENFELS,<br><br>    Defendants. | Civil Action No.: 1:22-cv-08171<br><br>The Honorable Valerie E. Caproni<br><br>CLASS ACTION |

**DECLARATION OF DANIEL L. BERGER IN SUPPORT OF THE MOTION OF OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM AND STATE TEACHERS RETIREMENT SYSTEM OF OHIO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

  I, DANIEL L. BERGER, under penalty of perjury and on oath, duly declare and state as follows:

  1. I am a principal of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for movants the Ohio Public Employees Retirement System

("OPERS") and the State Teachers Retirement System of Ohio ("Ohio STRS") (together, the "Ohio Funds").

2. I submit this declaration in support of the Ohio Funds' motion, pursuant to § 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (i) appointing the Ohio Funds as Lead Plaintiff in the class action; and (ii) approving the Ohio Funds' selection of Grant & Eisenhofer P.A. as Lead Counsel for the class.

3. Attached as Exhibit A is a true and correct copy of a certification on behalf of OPERS, attaching a schedule of OPERS's transactions in the securities that are the subject of these actions during the Class Period.

4. Attached as Exhibit B is a true and correct copy of a certification on behalf of Ohio STRS, attaching a schedule of Ohio STRS's transactions in the securities that are the subject of these actions during the Class Period.

5. Attached as Exhibit C is a true and correct copy of a chart showing OPERS's losses resulting from its purchases of the securities that are the subject of these actions during the Class Period.

6. Attached as Exhibit D is a true and correct copy of a chart showing Ohio STRS's losses resulting from its purchases of the securities that are the subject of these actions during the Class Period.

7. Attached as Exhibit E is a true and correct copy of a notice caused to be published by the law firm that filed the first-filed complaint in the above-captioned actions.

8. Attached as Exhibit F is a resume of the background and prior cases of Grant & Eisenhofer P.A.

Signed and dated this 22nd day of November, 2022.

                                        By: *Daniel. L. Berger*
                                                    Daniel L. Berger