# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

STATE TEACHERS RETIREMENT SYSTEM OF OHIO ("Ohio STRS") declares:

1. I, Stacey Wideman, Esq., am the Chief Legal Officer of Ohio STRS. I am familiar with the matters set forth herein and am duly authorized to make this certification on behalf of Ohio STRS.

2. I have reviewed a complaint that was filed on October 24, 2022, styled *Tome Todorovski and Violeta Todorovski, et al. v. Discovery, Inc., et al.*, 1:22-cv-09125 (S.D.N.Y.), and authorized the filing of a motion for appointment as lead plaintiff in that action on behalf of Ohio STRS.

3. Ohio STRS did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in any private action.

4. Ohio STRS is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5. Ohio STRS has made the following transactions during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

6. Ohio STRS has sought to serve as a representative party in a class action arising under the Securities Exchange Act of 1934 that was filed during the three-year period preceding the date on which this Certification is signed in:

- *Bajjuri v. Raytheon Technologies Corp. et al.*, 4:20-cv-00468 (D. Ariz.)
- *Owens v. FirstEnergy Corp. et al.*, 2:20-cv-03785 (S.D. Ohio)

7. Ohio STRS will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except such reasonable costs

and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of November, 2022.

STATE TEACHERS RETIREMENT SYSTEM OF OHIO

By: _____

Stacey Wideman
Chief Legal Officer