# EXHIBIT C



**Warner Bros. Discovery, Inc.**
**April 4, 2022 through September 23, 2022**
**Ohio Public Employees Retirement System**

| | ----Purchases/Acquisitions---- | | | | ----Sales---- | | | | (Loss) on Shares Held | (Loss) on Holdings @ $11.7900 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | | Trade Date | Shares | Price | Total | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings**

Open position     -

| **Subtotal (I)** | **0** | | **$0** | | | **0** | | **$0** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**II. Shares Purchased/Acquired and Sold Within Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| Trade Date | Shares | Price | Total | | Trade Date | Shares | Price | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/22 | 43,489 | $24.78 | $1,077,657 | | 04/13/22 | 161,768 | $26.00 | $4,205,968 | | | |
| 04/11/22 | 161,768 | $24.78 | $4,008,611 | | 04/19/22 | 8,960 | $23.94 | $214,463 | | | |
| 04/19/22 | 8,960 | $23.68 | $212,154 | | 05/31/22 | 90,832 | $18.45 | $1,675,850 | | | |
| 04/19/22 | 39,986 | $23.68 | $946,785 | | 06/30/22 | 33,165 | $13.42 | $445,074 | | | |
| 05/31/22 | 7,357 | $18.45 | $135,737 | | | | | | | | |
| 06/24/22 | 30,095 | $14.28 | $429,757 | | | | | | | | |
| 06/24/22 | 3,070 | $14.28 | $43,840 | | | | | | | | |
| **Subtotal (II)** | **294,725** | | **$6,854,540** | | | **294,725** | | **$6,541,356** | | | **($313,184)** |



**Warner Bros. Discovery, Inc.**
**April 4, 2022 through September 23, 2022**
**Ohio Public Employees Retirement System**

| ----------------------Purchases/Acquisitions------------------ | | | | -------------------------------Sales------------------------------ | | | | (Loss) on Shares Held | (Loss) on Holdings @ $11.7900 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |

**III. Shares Purchased/Acquired During Class Period and Sold After End of Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal (III)** | 0 | | $0 | | 0 | | $0 | | | $0 |

**IV. Shares Purchased/Acquired During Class Period and Still Held (LIFO Basis)**
*Formula:* (Closing price on 9/23/22 - purchase price) x shares held

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/11/22 | 1,171,323 | $24.78 | $29,025,384 | | | | | ($12.99) | ($15,215,485.77) | |
| 06/24/22 | 26,178 | $14.28 | $373,822 | | | | | ($2.49) | ($65,183.22) | |
| 08/31/22 | 4 | $13.24 | $53 | | | | | ($1.45) | ($5.80) | |
| 09/16/22 | 9,238 | $12.74 | $117,692 | | | | | ($0.95) | ($8,776.10) | |
| 09/16/22 | 89 | $12.74 | $1,134 | | | | | ($0.95) | ($84.55) | |
| **Subtotal (IV)** | 1,206,832 | $24.46 | $29,518,085 | | | | | | ($15,289,535.44) | ($15,289,535) |
| **TOTAL (II - IV) Total Losses** | | | | | | | | | | ($15,602,720) |