# EXHIBIT D



**Warner Bros. Discovery, Inc.**
**April 4, 2022 through September 23, 2022**
**State Teachers Retirement System of Ohio**

| | ---------------------Purchases/Acquisitions------------------ | | | | ------------------------------Sales----------------------------- | | | | (Loss) on Shares Held | (Loss) on Holdings @ $11.7900 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | | Trade Date | Shares | Price | Total | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings**

Open position                -

| **Subtotal (I)** | **0** | | **$0** | | **0** | | **$0** | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**II. Shares Purchased/Acquired and Sold Within Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/11/22 | 843,278 | $24.78 | $20,896,429 | 04/13/22 | 4,273 | $26.00 | $111,098 | | |
| 04/18/22 | 586,000 | $24.23 | $14,198,604 | 04/13/22 | 18,330 | $26.00 | $476,580 | | |
| 04/28/22 | 35,682 | $18.35 | $654,765 | 04/13/22 | 490,686 | $26.00 | $12,757,836 | | |
| | | | | 05/06/22 | 70,842 | $17.73 | $1,256,177 | | |
| | | | | 06/03/22 | 169,342 | $17.44 | $2,952,816 | | |
| | | | | 06/21/22 | 26,802 | $14.41 | $386,136 | | |
| | | | | 06/21/22 | 15,146 | $14.38 | $217,724 | | |
| | | | | 06/27/22 | 25,479 | $14.15 | $360,541 | | |
| | | | | 06/28/22 | 586,000 | $13.67 | $8,009,975 | | |
| | | | | 10/07/22 | 18,100 | $12.02 | $217,493 | | |
| | | | | 10/07/22 | 39,960 | $11.97 | $478,293 | | |
| **Subtotal (II)** | **1,464,960** | | **$35,749,798** | | **1,464,960** | | **$27,224,670** | | | **($8,525,127)** |



**Warner Bros. Discovery, Inc.**
**April 4, 2022 through September 23, 2022**
**State Teachers Retirement System of Ohio**

| ----------------------Purchases/Acquisitions------------------ | | | | ------------------------------Sales------------------------------ | | | | (Loss) on Shares Held | (Loss) on Holdings @ $11.7900 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |

**III. Shares Purchased/Acquired During Class Period and Sold After End of Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal (III)** | 0 | | $0 | | 0 | | $0 | | | $0 |

**IV. Shares Purchased/Acquired During Class Period and Still Held (LIFO Basis)**
*Formula:* (Closing price on 9/23/22 - purchase price) x shares held

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $11.79 | | | $0.00 | |
| | | | | | | $11.79 | | | $0.00 | |
| **Subtotal (IV)** | 0 | | $0 | | | | | | $0.00 | $0 |
| **TOTAL (II - IV) Losses** | | | | | | | | | | **($8,525,127)** |