UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLINSVILLE POLICE PENSION BOARD INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DISCOVERY, INC., WARNER BROS. DISCOVERY, INC., DAVID ZASLAV, AND GUNNAR WIEDENFELS,<br><br>　　　　　Defendants.<br><br>TOME TODOROVSKI AND VIOLETA TODOROVSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DISCOVERY, INC., WARNER BROS. DISCOVERY, INC., DAVID ZASLAV, AND GUNNAR WIEDENFELS,<br><br>　　　　　Defendants. | Civil Action No.: 1:22-cv-08171<br><br>The Honorable Valerie E. Caproni<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF DANIEL L. BERGER IN SUPPORT OF THE MOTION OF OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM AND STATE TEACHERS RETIREMENT SYSTEM OF OHIO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, DANIEL L. BERGER, under penalty of perjury and on oath, duly declare and state as follows:

1.　I am a principal of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for movants the Ohio Public Employees Retirement System ("OPERS") and the State Teachers Retirement System of Ohio ("Ohio STRS") (together, the

"Ohio Funds"). I submit this declaration in support of the Ohio Funds' motion, pursuant to § 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (i) appointing the Ohio Funds as Lead Plaintiff in the class action; and (ii) approving the Ohio Funds' selection of Grant & Eisenhofer P.A. as Lead Counsel for the class.

2.  On November 22, 2022, I filed a Declaration in support of the Ohio Funds' Motion for Appointment as Lead Plaintiff in this Consolidation action. Exhibits A and B to my November 22, 2022 Declaration are, respectively, the Certifications of the two Ohio Funds, OPERS and Ohio STRS. (ECF No. 28). I have just learned that in the course of filing the Declaration, we inadvertently omitted the Schedule A attached to each Certification, which is the schedule that lists each Ohio Funds' transactions in the securities that are the subject of these actions. I have now attached, as Exhibit A and Exhibit B hereto, each Fund's Certification, with each Schedule A attached.

3.  In all other respects, my November 22, 2022 Declaration is complete and accurate.

Signed and dated this 23rd day of November, 2022.

By: *Daniel. L. Berger*
Daniel L. Berger