# EXHIBIT A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM ("OPERS") declares:

1.      I, Eric Harrell, Esq., am the General Counsel of OPERS.  I am familiar with the matters set forth herein and am duly authorized to make this certification on behalf of OPERS.

2.      I have reviewed a complaint filed on October 24, 2022, styled *Tome Todorovski and Violeta Todorovski, et al. v. Discovery, Inc., et al.*, 1:22-cv-09125 (S.D.N.Y.), and authorized the filing of a motion for appointment as lead plaintiff in that action on behalf of OPERS.

3.      OPERS did not purchase or acquire the securities that are the subject of this action at the direction of counsel or in order to participate in any private action.

4.      OPERS is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.      OPERS has made the following transactions during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

6.      OPERS has sought to serve as a representative party in a class action arising under the federal securities laws that was filed during the three-year period preceding the date on which this Certification is signed in:

- *In re Meta Platforms, Inc. Securities Litigation*, 4:21-cv-08812 (N.D. Cal.)

7.      OPERS will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of November, 2022.

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM

By: _____

Eric Harrell
General Counsel

**Warner Bros. Discovery Inc. -- Schedule A**
**Ohio Public Employees Retirement System**

**Cusip:**    934423104
**Ticker:**    WBD

| Purchases / Merger Shares | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 04/11/22* | 1,376,580 | $24.78 |
| 04/19/22 | 48,946 | $23.68 |
| 05/31/22 | 7,357 | $18.45 |
| 06/24/22 | 56,273 | $14.28 |
| 06/24/22 | 3,070 | $14.28 |
| 08/31/22 | 4 | $13.24 |
| 09/16/22 | 9,238 | $12.74 |
| 09/16/22 | 89 | $12.74 |

| Sales | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 04/13/22 | 161,768 | $26.00 |
| 04/19/22 | 8,960 | $23.94 |
| 05/31/22 | 90,832 | $18.45 |
| 06/30/22 | 33,165 | $13.42 |

\* Shares received from merger with closing price on 4/11/22.