**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Tom Kimmeth*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLINSVILLE POLICE PENSION BOARD On Behalf of the COLLINSVILLE POLICE PENSION FUND, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVERY, INC., WARNER BROS. DISCOVERY, INC., DAVID ZASLAV, and GUNNAR WIEDENFELS,<br><br>Defendants. | CASE No.: 1:22-cv-08171-VEC<br><br>NOTICE OF WITHDRAWAL OF MOTION OF TOM KIMMETH TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>**CLASS ACTION** |

Movant Tom Kimmeth ("Movant") hereby withdraws his Motion for Appointment as Lead Plaintiff and Approval of Counsel (Dkt. No. 20). Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

1

| | |
|---|---|
| Dated: November 29, 2022 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM, P.A.** |
| | /s/Phillip Kim |
| | Phillip Kim, Esq. (PK 9384) |
| | Laurence M. Rosen, Esq. (LR 5733) |
| | 275 Madison Avenue, 40th Floor |
| | New York, New York 10016 |
| | Telephone: (212) 686-1060 |
| | Fax: (212) 202-3827 |
| | Email: pkim@rosenlegal.com |
| | Email: lrosen@rosenlegal.com |
| | |
| | *Counsel for Tom Kimmeth* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim