UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLINSVILLE POLICE PENSION BOARD INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br> v.<br><br>DISCOVERY, INC., WARNER BROS. DISCOVERY, INC., DAVID ZASLAV, AND GUNNAR WIEDENFELS,<br><br>    Defendants. | Civil Action No.: 1:22-cv-08171<br><br>The Honorable Valerie E. Caproni<br><br>CLASS ACTION |
| TOME TODOROVSKI AND VIOLETA TODOROVSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br> v.<br><br>DISCOVERY, INC., WARNER BROS. DISCOVERY, INC., DAVID ZASLAV, AND GUNNAR WIEDENFELS,<br><br>    Defendants. | |

**REPLY IN FURTHER SUPPORT OF MOTION OF THE OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM AND THE STATE TEACHERS RETIREMENT SYSTEM OF OHIO FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

The Ohio Public Employees Retirement System ("OPERS") and the State Teachers Retirement System of Ohio (Ohio STRS) (together, the "Ohio Funds") respectfully submit this Reply in further support of their motion for appointment as Lead Plaintiff and approval of their selection of counsel (ECF Nos. 26-28) (the "Motion").

As of the Funds' filing of their Opposition brief on Tuesday, December 6, 2022, five of the seven other movants for appointment as Lead Plaintiff had withdrawn their motions or filed notices that they were not contesting the Ohio Funds' appointment. ECF Nos. 51-55. Since then, the two remaining movants, the Norfolk County Employees' Retirement System and the Wayne County Employees' Retirement System, also have withdrawn their motions. ECF Nos. 58-59.[1]

As the other movants recognized, the Ohio Funds have the largest financial interest in the relief sought by the class, and "otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. § 78u-4(a)(3)(B)(iii).

For these reasons, and the reasons set forth the Ohio Funds' initial memorandum of law in support of its Motion (ECF No. 27) and its memorandum of law in opposition the competing motions for Lead Plaintiff (ECF No. 56), the Ohio Funds respectfully request that the Court enter their proposed order (ECF No. 26-1): (i) appointing the Ohio Funds as Lead Plaintiff in the consolidated action; and (ii) approving the Ohio Funds' selection of Grant & Eisenhofer P.A. as Lead Counsel for the class.

---

[1] *See* ECF No. 51 (Tom Kimmeth); ECF No. 52 (Bruce and Lou Ann Murphy ); ECF No. 53 (Macomb County Employees' Retirement System, City of Warren Police and Fire Retirement System, City of Warren General Employees' Retirement System, City of Roseville Police and Fire Retirement System and City of Roseville Employees' Retirement System); ECF No. 54 (Mississippi Public Employees' Retirement System); ECF No. 55 (Robert Buchwald); ECF No. 58 (Norfolk County Employees' Retirement System); and ECF No. 59 (The Wayne County Employees' Retirement System).

Dated: New York, New York  
December 8, 2022

Respectfully submitted,

*/s/ Daniel L. Berger*
Daniel L. Berger
Caitlin M. Moyna
Cecilia Stein
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: dberger@gelaw.com
Email: cmoyna@gelaw.com
Email:cstein@gelaw.com
*Counsel for Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**

Shawn Busken
30 East Broad Street
Columbus, OH 43215
Tel: (800) 282-0515
Email: Shawn.Busken@OhioAttorneyGeneral.gov

*Additional Counsel for Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio*