# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Collinsville Police Pension Board, individually and on | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-08171-VEC |
| Discovery, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio.

Date: 12/12/2022

Caitlin M. Moyna
*Attorney's signature*

Caitlin M. Moyna Bar No. 4176897
*Printed name and bar number*
GRANT & EISENHOFER, P.A.
485 Lexington Avenue
New York, NY 10017

*Address*

cmoyna@gelaw.com
*E-mail address*

(646) 722-8500
*Telephone number*

(646) 722-8501
*FAX number*