USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM and THE STATE TEACHERS RETIREMENT SYSTEM OF OHIO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

          Plaintiffs,

v.

DISCOVERY, INC; WARNER BROS. DISCOVERY, INC.; DAVID ZASLAV; GUNNAR WIEDENFELS; ADVANCE/NEWHOUSE PARTNERSHIP; ADVANCE/NEWHOUSE PROGRAMMING PARTNERSHIP; STEVEN A. MIRON; ROBERT J. MIRON; and STEVEN O. NEWHOUSE,

          Defendants.

Case No. 1:22-cv-08171

Hon. Valerie E. Caproni

---

**Notice and [Proposed] Order for Withdrawal of Counsel**

PLEASE TAKE NOTICE that, upon the annexed declaration of Kamil R. Ammari, and subject to the approval of the Court, Kamil R. Ammari hereby withdraws as counsel for Defendants Advance/Newhouse Partnership, Advance/Newhouse Programming Partnership, Steven A. Miron, Robert J. Miron, and Steven O. Newhouse and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent these Defendants.

DATED: May 25, 2023

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   /s/ Kamil R. Ammari
      Kamil R. Ammari
      1285 Avenue of the Americas
      New York, NY 10019
      Tel: 212-373-3189
      kammari@paulweiss.com

---

SO ORDERED.

*Valerie Caproni*    05/25/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE