**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
OHIO PUBLIC EMPLOYEES RETIREMENT
SYSTEM and THE STATE TEACHERS
RETIREMENT SYSTEM OF OHIO, Individually
and on Behalf of All Others Similarly Situated,

      Plaintiffs,

 -against-              22 **CIVIL** 8171(VEC)

                       **JUDGMENT**

DISCOVERY, INC., WARNER BROS.
DISCOVERY, INC., DAVID ZASLAV,
GUNNAR WIEDENFELS,
ADVANCE/NEWHOUSE PARTNERSHIP,
ADVANCE/NEWHOUSE PROGRAMMING
PARTNERSHIP, STEVEN A. MIRON, ROBERT
J. MIRON, and STEVEN O. NEWHOUSE,

      Defendants.
-----------------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 5, 2024, Defendants' motions to dismiss are GRANTED and the case is DISMISSED with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

   February 5, 2024

                    **RUBY J. KRAJICK**
                     **Clerk of Court**

             **BY:**
                  _____
                    **Deputy Clerk**