UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM and THE STATE TEACHERS RETIREMENT SYSTEM OF OHIO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVERY, INC.; WARNER BROS. DISCOVERY, INC.; DAVID ZASLAV; GUNNAR WIEDENFELS; ADVANCE/NEWHOUSE PARTNERSHIP; ADVANCE/NEWHOUSE PROGRAMMING PARTNERSHIP; STEVEN A. MIRON; ROBERT J. MIRON; and STEVEN O. NEWHOUSE,<br><br>Defendants. | Civil Action No. 1:22-cv-08171 (VEC) |

**PLAINTIFFS' NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Ohio Public Employees Retirement System and The State Teachers Retirement System of Ohio (together "Plaintiffs"), Plaintiffs in the above-captioned action, on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from the Judgment (ECF No. 100) and Opinion and Order (ECF No. 99) entered on the docket on February 5, 2024, that GRANTED Defendants' Motions to Dismiss and dismissed the action with prejudice.

Dated: March 4, 2024

1

/s/ *Daniel L. Berger*
Daniel L. Berger
Caitlin M. Moyna
Lauren J. Salamon
Cecilia E. Stein
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, Floor 29
New York, NY 10017
Tel: 646-722-8500
Email: dberger@gelaw.com
　　　　cmoyna@gelaw.com
　　　　lsalamon@gelaw.com
　　　　cstein@gelaw.com

*Counsel for Ohio Public Employees Retirement System and The State Teachers Retirement System of Ohio*

**OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF OHIO**

Shawn Busken
30 East Broad Street
Columbus, OH 43215
Tel: 800-282-0515
Email: Shawn.Busken@OhioAttorneyGeneral.gov

*Additional Counsel for Ohio Public Employees Retirement System and The State Teachers Retirement System of Ohio*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 4, 2024, I caused the foregoing Notice of Appeal to be served on the defendants in the above-captioned matter via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York.

*/s/  Daniel L. Berger*
Daniel L. Berger (1656321)
